will and testament of Mary L. Ogden, deceased. No opinion. Decree unanimously affirmed, with costs.

OLD FORGE CO. et al., Appellants, v. WEBB et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by the Old Forge Company and another against William Seward Webb and another. No opinion. Judgment (65 N. Y. Supp. 503) affirmed, with costs, on opinion of ANDREWS, J., delivered at special term.

OSWALDT, Respondent, v. MESTLER. Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by Elizabeth Oswaldt against Nicholas A. Mestler. No opinion. Judgment affirmed, with costs.

PAPAY, Appellant, v. CITY OF NEW YORK et al., Respondents. (City Court of New York, General Term, February 28, 1901.) Action by Daniel Papay against the city of New York and another. From an order denying plaintiff's motion to discontinue, without costs, he appeals. Order reversed, without costs, providing appellant consent to entry of an order of discontinuance and payment to each of defendants of a full bill of costs. Nathaniel Tonkin, for appellant. William P. Hill and William F. Kimber, for respondents.

PER CURIAM. The order appealed from is hereby reversed, without costs to either party, providing the appellant consents to the entry of an order of discontinuance against defendants and payment to each of them of a full bill of costs and disbursements to date; said terms to be complied with within five days after entry of such order. If these terms are not satisfactory to appellant, then the order appealed from is hereby affirmed, with costs and disbursements of appeal.

PARK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 15, 1901.) Action by Thomas E. Park against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements, on opinion of ANDREWS, J., delivered at special term. 68 N. Y. Supp. 460. See, also, Ridabock v. Railway Co., 8 App. Div. 309, 40 N. Y. Supp. 938.

PATTERSON, Respondent, v. POWELL, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1900.) Action by Charles G. Patterson against Seneca D. Powell. Robert C. Taylor, for appellant. Henry Major, for respondent. No opinion. Order (64 N. Y. Supp. 43) affirmed, with costs, on opinion of appellate term.

PATTERSON v. POWELL. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Charles G. Patterson against Seneca D. Powell. No opinion. Motion denied, with $10 costs. See 64 N. Y. Supp. 43.

PEABODY, Respondent, v. KNUBEL, Appellant. TIMBERLAKE v. SAME. YOUNG et al. v. SAME. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Actions by Rushton Peabody, Channing S. Timberlake, and Peter Young and others against Herman Knubel. F. H. Van Vechten, for appellants. M. M. Menken, for respondent. No opinion. Cases stricken from the calendar.

PEARSALL, Appellant, v. WESTCOTT et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by Samuel J. Pearsall against James H. Westcott and Caroline W. Westcott. No opinion. Judgment affirmed, with costs. All concur, except MERWIN, J., not voting.

In re PECK. (Supreme Court, Appellate Division, Fourth Department. January 8, 1901.) In the matter of the petition of George W. Peck for an order revoking and canceling liquor tax certificate No. 25,679, issued to Norman B. Cargill. No opinion. Judgment affirmed, with costs.

PELL, Respondent, v. FULLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1901.) Action by Charles E. Pell, as surviving partner, etc., against Norman J. Fuller. No opinion. Judgment affirmed, with costs.

PEOPLE, Respondents, v. BENSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 31, 1901.) Proceedings by the people of the state of New York against James Benson and Patrick Allen. No opinion. Judgment of conviction affirmed.

PEOPLE v. MERCANTILE CREDIT GUARANTEE CO. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Proceedings by the people of the state of New York against the Mercantile Credit Guarantee Company. No opinion. Motion granted and questions certified, as stated in memorandum per curiam. See 67 N. Y. Supp. 447.

PEOPLE, Respondents, v. VAN DERVOORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1901.) Proceedings by the people of the state of New York against Frankfort O. Van Dervoort. No opinion. Judgment and order affirmed, with costs. All concur, except WILLIAMS and LAUGHLIN, JJ., who dissent upon the ground that the question of the correctness of the chemical analysis was for the jury.

PEOPLE ex rel. BLASE, Appellant, v. BLASE, Respondent. (Supreme Court, Appellate Division, First Department. February 15, 1901.) Proceedings by the people of the state of New York, on the relation of Henry Blase,